UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC., <br><br>                    Plaintiff,<br><br>        v.<br><br>LOTUS INTERNATIONAL, INC., et al.,<br><br>                    Defendants. | Civil No. 04cv2133-LAB(BLM)<br><br>**ORDER FOLLOWING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

   On <u>September 21, 2006</u> at <u>11:00 a.m.</u> the Court convened a telephonic Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Eric Hart, Esq. on behalf of plaintiff and C. Dennis Loomis, Esq. on behalf of defendants.

   Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

   1.   Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections

1  to initial disclosure will be resolved as required by Rule 26;

2      2.  The Rule 26(f) conference shall be completed on or
3  before **September 28, 2006**;

4      3.  A joint discovery plan shall be <u>lodged</u> with Magistrate
5  Judge Barbara L. Major on or before **October 5, 2006**;

6      4.  Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
7  occur on or before **October 6, 2006**; and,

8      5.  A Case Management Conference pursuant to Rule 16(b)
9  shall be held on **October 11, 2006** at **1:30 p.m.**, or as soon
10 thereafter as the Court's calendar will allow, with the chambers of
11 Magistrate Judge Major.  **Counsel shall appear telephonically.**  The
12 Court will initiate the conference call.

13     Parties are hereby warned that failure to comply with this
14 Order may result in the imposition of sanctions.  Additionally,
15 failure to respond to discovery requests or to comply with the
16 Federal Rules of Civil Procedure regarding discovery may result in
17 the imposition of sanctions including monetary sanctions,
18 evidentiary sanctions and the dismissal or default of your case.

19     **IT IS SO ORDERED.**

20 DATED: <u>September 21, 2006</u>

21

22                       BARBARA L. MAJOR
                        United States Magistrate Judge

23

24 COPY TO:

25 HONORABLE LARRY A. BURNS
   UNITED STATES DISTRICT JUDGE
26
   ALL COUNSEL AND PARTIES
27

28