Grant G. Teeple, Esq.  (SB #144760)
Eric M. Hart, Esq. (SB #221860)
TEEPLE HALL, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA  92121
Telephone:  (858) 622-7878
Facsimile:  (858) 622-0411

Attorneys for Plaintiff,
MASTERSON MARKETING, INC.

FILED

06 OCT 10  AM 8: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDL        DEPUTY

BY

# U. S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOTUS INTERNATIONAL, INC., a Texas Corporation, HOME, ETC., a Texas Corporation, ALEX TSAO, an individual and DOES 1 through 1000, inclusive,<br><br>Defendants. | CASE NO: 04CV2133LAB(BLM)<br>Hon. Barbara L. Major, Magistrate Judge<br><br>**STIPULATION AND ORDER TO VACATE DEFAULT** |

///

///

///

///

///

///

///

-1-

Case No: 04CV2133LAB(BLM)

LOS ANGELES 325229v2 70108-00001

IT IS HEREBY STIPULATATED by and between all parties, through their respective

counsel, that the default of defendant Lotus International, Inc., entered by the Court on January 6,

2005 pursuant to Plaintiff's Application, shall be vacated.


Dated: October 3, 2006

TEEPLE HALL, LLP


By: _____
    Grant G. Teeple, Esq.
    Eric M. Hart, Esq.
    Attorneys for Plaintiff
    MASTERSON MARKETING, INC.


Dated: October __, 2006

JENKINS & GILCHRIST, LLP


By: _____
    C. Dennis Loomis
    Attorneys for Defendants
    LOTUS INTERNATIONAL, INC.,
    HOME, ETC., and ALEX TSAO


**IT IS SO ORDERED**:

Dated: 10/6/06 _____

_____
Magistrate Judge of the District Court

-2-

Case No: 04CV2133LAB(BLM)

LOS ANGELES 325229v2 70108-00001

1  IT IS HEREBY STIPULATATED by and between all parties, through their respective

2  counsel, that the default of defendant Lotus International, Inc., entered by the Court on January 6,

3  2005 pursuant to Plaintiff's Application, shall be vacated.

4

5

6  Dated: October __, 2006

7

8

9

10

11

12  Dated: October 3, 2006

13

14

15

16

17

18  **IT IS SO ORDERED:**

19  Dated: _____

20

21

22

23

24

25

26

27

28

TEEPLE HALL, LLP

By: _____
     Grant G. Teeple, Esq.
     Eric M. Hart, Esq.
     Attorneys for Plaintiff
     MASTERSON MARKETING, INC.

JENKINS & GILCHRIST, LLP

By: _____
     C. Dennis Loomis
     Attorneys for Defendants
     LOTUS INTERNATIONAL, INC.,
     HOME, ETC., and ALEX TSAO

_____
Magistrate Judge of the District Court

Teeple Hall, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121

-2-