1 C. Dennnis Loomis (CSB No. 82359)
Justin D. Sobodash (CSB No. 217450)
2 Baker & Hostetler LLP
12100 Wilshire Bl., 15th Floor
3 Los Angeles, California 90025
Telephone: (310) 820-8800
4 Facsimile: (310) 820-8859
cdloomis@bakerlaw.com
5 jsobodash@bakerlaw.com

6 Attorneys for Defendants
Lotus International, Inc., Home, ETC and Alex Tsao

FILED
07 APR 10 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## U. S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC. a California Corporation,<br><br>               Plaintiff,<br>vs.<br><br>LOTUS INTERNATIONAL, INC., a Texas Corporation, HOME, ETC., a Texas Corporation, ALEX TSAO, an individual and DOES 1 through 1000, inclusive,<br>               Defendants. | CASE NO: 04CV2133LAB(BLM)<br><br>[Proposed] ORDER RE: JOINT MOTION OF PLAINTIFF MASTERSON MARKETING, INC. AND DEFENDANTS LOTUS INTERNATIONAL, INC., HOME ETC, INC. AND ALEX TSAO TO CONTINUE DISCOVERY CUT-OFF DATE TO APRIL 10, 2007 FOR SPECIFIED DISCOVERY |

### ORDER

The Court, having read and considered the "Joint Motion Of Plaintiff Masterson Marketing, Inc. and Defendants Lotus International, Inc., Home Etc, Inc. and Alex Tsao to Continue Discovery Cut-Off Date to April 10, 2007, and GOOD CAUSE appearing therefor,

-1-

04CV2133LAB(BLM)

BARRISTERS, 89617, 00001, 501320976.1

Hereby ORDERS that the Discovery Cut-Off Date is continued to April 10, 2007, to allow the depositions on oral examination of Ed Masterson and Kathy Haase.

All other dates previously set by the Court shall remain unchanged.

DATED: 4/10, 2007

Hon. Barbara L. Major,
Magistrate of the United States District Court

BARRISTERS, 89617, 00001, 501320976.1