UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC., | Civil No. 04cv2133-LAB (BLM) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART JOINT MOTION TO VACATE ALL UPCOMING DATES AND CONTINUING THE MANDATORY SETTLEMENT CONFERENCE** |
| LOTUS INTERNATIONAL, INC., et al., | |
| Defendants. | [Doc. No. 128] |

On August 6, 2007, the parties filed a joint motion to vacate all upcoming dates in light of Plaintiff's pending motion for leave to file a third amended complaint, Defendant's pending motion for summary judgment, and Plaintiff's *ex parte* application for leave to file a discovery motion related to the summary judgment motion. Doc. No. 128.  The parties contend that because the outcome of these motions may impact whether particular causes of action and issues will be at issue at the time of trial and whether certain evidence will be excluded, judicial economy favors vacating all pending dates until the motions and application are decided.  Id.

///

///

As set forth in the parties' joint motion, the parties seek to vacate the deadlines for pretrial disclosures, objections to pretrial disclosures, the meet and confer action required by Local Rule 16.1(f)(4), and the lodging of the pretrial conference order. Id. The parties also request that the Court vacate the mandatory settlement conference and the final pretrial conference. Id. The majority of the parties' requests will be addressed in a subsequent order issued by the District Judge. With regard to the mandatory settlement conference only, the Court finds good cause to **GRANT IN PART** the parties' joint motion [Doc. No. 128]. The mandatory settlement conference scheduled for September 10, 2007 at 9:30 a.m. is hereby **CONTINUED** to **November 16, 2007** at **9:30 a.m.** All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED: August 29, 2007

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES